IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
NORTHERN DIVISION

**MICAH ANGEL**  **PLAINTIFF**

v.                    **3:22-CV-00335-BRW**

**UNITED STATES MARSHAL SERVICE**  **DEFENDANT**

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff asserts that Defendant refused to give her an employee's address.[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 9th day of January, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.